| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BURNS, MICHELLE H. | 2. Court or Organization<br><br>Phoenix, District Court | 3. Date of Report<br><br>06/27/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>Magistrate Judge full-time | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>Sandra Day O'connor Courthouse<br>401 W. Washinton St. SPC 12<br>Phoenix, Arizona 85003-2146 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 06/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Burns, Nickerson, and Taylor, S-Corp. salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Judiciary | 03/06/15 | Tucson, Arizona | District Conference | transportation, meal |
| 3. | Judiciary | 04/19/15-04/22/15 | Palm Springs, California | Transitions Seminar/ Ninth Circuit Wellness Committee | hotel, transportation, meals |
| 4. | Judiciary | 07/12/15-07/15/15 | San Diego, California | Circuit Conference | transportation, hotel, meals |
| 5. | Judiciary | 08/14/15 | Flagstaff, Arizona | Magistrate Judge Investiture | transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **BURNS, MICHELLE H.** | 06/27/2016 |

| 6. | Judiciary | 09/10/15-09/12/15 | Litchfield Park, Arizona | Arizona District Judges' retreat | transportation, hotel, meals |
| 7. | Judiciary | 10/28/14-10/30/15 | Monterey, California | Magistrate Judges' Executive Board Mtg. | transportation, hotel, meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Interest Checking Account Bank of America | A | Interest | J | T | | | | | |
| 2. Partnership - Burns Fulton | C | Distribution | L | U | | | | | |
| 3. Interest checking wells fargo bank | A | Interest | J | T | | | | | |
| 4. Fidelity Insvestments Brokerage Account (751) | | | | | | | | | |
| 5. ---Fidelity Cash Account | A | Interest | L | T | | | | | |
| 6. ---Blackrock Emerg Mkts | A | Dividend | J | T | | | | | |
| 7. Fidelivy Investments Managed Acct (502) | | | | | | | | | |
| 8. ---Fid. Advior Growth | A | Dividend | J | T | | | | | |
| 9. ---Fid. Intl Small Cap Opp | A | Dividend | J | T | | | | | |
| 10. ---Fid. Adv. Int'l Discv | A | Dividend | K | T | | | | | |
| 11. ---Fid. Low Priced Stock | A | Dividend | | | Sold | 09/29/15 | J | A | |
| 12. ---Fid. Value Strategies | A | Dividend | J | T | | | | | |
| 13. --Oakmark Fund I | A | Dividend | J | T | Buy | 05/06/15 | J | | |
| 14. ---BlackRock Natl Muni Fund | A | Dividend | K | T | | | | | |
| 15. ---Franklin Fed. Tax Free Cl. | A | Dividend | J | T | | | | | |
| 16. ---IShares Russell Midcap Val | A | Dividend | J | T | | | | | |
| 17. ---IShares Russel Mdcp Grwth | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BURNS, MICHELLE H. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---IShares Russell 1000 Val. | A | Dividend | K | T | | | | | |
| 19. ---IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 20. ---MFS Internl Value Fund | A | Dividend | J | T | Buy | 07/10/15 | J | | |
| 21. ---Nuveen Interm Dur Muni | A | Dividend | J | T | | | | | |
| 22. ---Oppenheimer Interl Grw A | A | Dividend | | | Sold | 09/29/15 | J | A | |
| 23. ---T Rowe Price Overs Stk Fnd | A | Dividend | J | T | | | | | |
| 24. ---SPDR S&P500 EFT Tr Unit | A | Dividend | K | T | | | | | |
| 25. ---Sector SPDR TR Shs Ben int | A | Dividend | J | T | | | | | |
| 26. ---Tmpton Frontr Mkts FAC | A | Dividend | J | T | | | | | |
| 27. ---Tmplton Global Bond cl A | A | Dividend | J | T | | | | | |
| 28. ---Wells Fargo Sht Tem Muni | A | Dividend | J | T | | | | | |
| 29. ---Fid Diversfied Inter'l | A | Dividend | J | T | | | | | |
| 30. ---Artisan Int' Value Fund | A | Dividend | J | T | | | | | |
| 31. ---William Blair Int'l Growth | A | Dividend | J | T | | | | | |
| 32. ---John Hanck Disc. Value | A | Dividend | J | T | | | | | |
| 33. ---Oppenheimer Intl Bnd fd | A | Dividend | J | T | | | | | |
| 34. ---TRowe Price RealEst fnd | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---Oppenhmer Dev Mkts fd | A | Dividend | J | T | | | | | |
| 36. ---Transamerca Int'l Equity | A | Dividend | J | T | | | | | |
| 37. ---Acadian Emg Mkts Port | A | Dividend | J | T | | | | | |
| 38. ---Dreyfus Opptunist Mcp | A | Dividend | | | Sold | 08/28/15 | J | | |
| 39. ---Golman Sachs SC Value | A | Dividend | | | Sold | 08/28/15 | J | | |
| 40. ---Harbor Int'l | A | Dividend | | | Sold | 01/07/15 | J | | |
| 41. ---T-Rowe Pc Int'l stock | A | Dividend | J | T | | | | | |
| 42. ---T Rowe Pc Sm Cp St Adv | A | Dividend | | | Sold | 08/28/15 | J | | |
| 43. ---RS Sm Cap Growth | A | Dividend | J | T | | | | | |
| 44. ---Franklin Conv Sec Adv | A | Dividend | | | Sold | 11/17/15 | J | | |
| 45. --Fidelity Growth Co. | A | Dividend | J | T | Buy | 05/06/15 | J | | |
| 46. --Invesco Convertble Sec FD cl | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 47. --Columbia Contrarian Core Fund | A | Dividend | J | T | Buy | 09/29/15 | J | | |
| 48. --Franklin Internatl Sm Cap Grwth Adv | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 49. --Janus Enterprise Fund Class T Shares | A | Dividend | J | T | Buy | 11/18/15 | J | | |
| 50. --Morgan Stanley Global Real Estate Port A | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 51. --Morgan Sta Inst Inc. Intern' Equity A | A | Dividend | J | T | Buy | 08/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Wasatch Frontier Emerging Small Cos | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 53. --Wells Fargo Special Mid Cap ADM | A | Dividend | J | T | Buy | 09/29/15 | J | | |
| 54. --Blackrock High Yld Bd Port CL K | A | Dividend | J | T | Buy | 09/29/15 | J | | |
| 55. --Fidelity Municipal Money Mkt | A | Dividend | J | T | Buy | 01/30/15 | J | | |
| 56. --IShares Russell 1000 Growth ETF | A | Dividend | J | T | Buy | 01/09/15 | K | | |
| 57. --IShares Core S&P Small Cap ETF | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 58. --IShares S&P Smallcap 600 Value | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 59. --IShares S&P Smallcap Growth ETF | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 60. IRA #1 (695) | | | | | | | | | |
| 61. --Fidelity Small Cap | A | Dividend | J | T | | | | | |
| 62. --Fidelity ContraFund | A | Dividend | K | T | | | | | |
| 63. --Fidelity Equity Income | A | Dividend | J | T | | | | | |
| 64. --Fidelity Dividend Growth | A | Dividend | J | T | | | | | |
| 65. --Fidelity Export and intern'l | A | Dividend | J | T | | | | | |
| 66. --Fidelity int'l discovery | A | Dividend | J | T | | | | | |
| 67. --Nokia OYJ ADR | A | Dividend | J | T | | | | | |
| 68. --Fidelity Cash Reserves | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Yum! Brank Inc. | A | Dividend | J | T | | | | | |
| 70. --Mathews China Fund | A | Dividend | J | T | | | | | |
| 71. --Cisco SysInc | A | Dividend | J | T | | | | | |
| 72. --General Electric | A | Dividend | J | T | | | | | |
| 73. --Fidelity NASDAQ Composite INdex | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 74. --Fidelity Large Cap Value Enhanced INdex | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 75. --/Fidelity Equity Divident Income Fund | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 76. --VAnguard 500 Index FD Investor SHS | A | Dividend | K | T | Buy | 06/30/15 | K | | |
| 77. IRA #2 (687) | | | | | | | | | |
| 78. --Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 79. --Fidelity Equity Income | A | Dividend | J | T | | | | | |
| 80. --Fidelity Equity Income II | A | Dividend | J | T | | | | | |
| 81. --Spartam 500 Omdex FD ADvamtage C;ass | A | Interest | K | T | Buy | 06/30/15 | K | | |
| 82. IRA #3 (R-840) | | | | | | | | | |
| 83. --Spartan 500 Index FD Advantage Class | A | Interest | J | T | | | | | |
| 84. --Intel Corp. | A | Dividend | J | T | | | | | |
| 85. IRA #4 (R - 832) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 87. IRA #5 (SEP 709) | | | | | | | | | |
| 88. --Fidelity Stock Selector | A | Dividend | K | T | | | | | |
| 89. --Fidelity Asset Mgr | A | Dividend | K | T | | | | | |
| 90. --Fidelity ContraFund | A | Dividend | K | T | | | | | |
| 91. --Fidelity Low Price Stock | A | Dividend | L | T | | | | | |
| 92. --Fidelity Value Fund | A | Dividend | L | T | | | | | |
| 93. --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 94. Fidelity SEP IRA Managed Account (053) | | | | | | | | | |
| 95. ---Strategic Advsrs Core Fnd | A | Dividend | L | T | | | | | |
| 96. ---Strategic Advrs Grwth Fnd | A | Dividend | K | T | | | | | |
| 97. ---Strategic Advsrs Value Fnd | A | Dividend | K | T | | | | | |
| 98. ---Strategic Advsrs Emrng mkts | A | Dividend | J | T | | | | | |
| 99. ---Strategic Advsrs us oppt fnd | A | Dividend | J | T | | | | | |
| 100. ---Strategic Adv smll-mid cap | A | Dividend | J | T | | | | | |
| 101. ---Strategic Advsrs Internl fnd | A | Dividend | K | T | | | | | |
| 102. ---Fidelity Short trm bond fnd | A | Dividend | | | Sold | 09/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ---Fidelity Total Bond | A | Dividend | | | Sold | 03/25/15 | J | | |
| 104. ---Strategic Adv shrt durtn fnd | A | Dividend | J | T | | | | | |
| 105. ---Strategic Adv income oppty | A | Dividend | J | T | | | | | |
| 106. ---Strategic Adv core incm fnd | A | Dividend | K | T | | | | | |
| 107. ---FIMM mkt port inst cl | A | Dividend | J | T | | | | | |
| 108. ---Arden altertv stratgies cl 1 | A | Dividend | J | T | | | | | |
| 109. ---Blackstone alt multimgr 1 | A | Dividend | J | T | | | | | |
| 110. ---Pimco total rtrn admin shs | A | Dividend | | | Sold | 03/25/15 | J | | |
| 111. ---Templeton globl bond cl A | A | Dividend | J | T | | | | | |
| 112. --Merger Fund | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 113. IRA #6 | | | | | | | | | |
| 114. --Blackrock Glbal | A | Dividend | K | T | | | | | |
| 115. Nationwide Retirement Solutions - deferred compensation acct | | | | | | | | | |
| 116. --Fidelity Contrafund | B | Dividend | N | T | | | | | |
| 117. --State Str. Eq S&P 500 | A | Dividend | J | T | | | | | |
| 118. Fidelity 529 Education Account (773) | | | | | | | | | |
| 119. --NH Portfolio 2015 | A | Dividend | K | T | Distributed (part) | 01/08/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Distributed (part) | 08/11/15 | J | A | |
| 121.  Fidelity 529 Education Account (765) | | | | | | | | | |
| 122.  --NH Portfolio 2012 | A | Dividend | J | T | Distributed (part) | 01/08/15 | J | A | |
| 123. | | | | | Distributed (part) | 09/25/15 | J | A | |
| 124.  Lawson Financial-Muni Bonds -John C. Lincoln Hosp | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 06/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

See Line 81, Part VII: the cash reserves account was depleted to purchase the security.

See Lines 118-123, Part VII: Investments and Trust. The accounts are UTMA accounts, and several checks were written and money withdrawn over 2015 for the student's college tuition and eligible fees, and the account was depleted. I did not list all of the dates that the checks were negotiated or the withdrawals made.

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 06/27/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MICHELLE H. BURNS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544